AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Niemeyer, Paul V | 2. Court or Organization<br><br>Court of Appeals - 4th Circuit | 3. Date of Report<br><br>05/09/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>910 United States Courthouse<br>101 West Lombard Street<br>Baltimore, Maryland 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer＿＿＿＿＿＿＿＿＿＿　Date＿＿＿＿＿ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner with L.A. Noonberg | Ownership of ████████████ |
| 2. Visiting instructor - Fall semester | Duke University, Durham, North Carolina |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | See Part VIII. (1-4) |
| 2. | |
| 3. | |

2008 MAY 19 A 11: 43 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Entire yr. | LexisNexis Matthew Bender, Albany, New York | $ 667 |
| 2. Fall | Duke University, Durham, North Carolina | $ 4,500 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 8 months | Gazelle, Ltd., Baltimore, Maryland |
| 2. 3 months | Holly G, Baltimore, Maryland |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell University Law School | 2/17 - 2/18 | Ithaca, New York | Moot court | Travel, lodging, and food |
| 2. | University of Notre Dame Law School | 2/21 - 2/23 | South Bend, Indiana | Moot court and teaching | Travel, lodging, and food |
| 3. | University of Georgia Law School | 3/22 - 3/23 | Athens, Georgia | Lecture and teaching | Travel, lodging, and food |
| 4. | Duke University Law School | 8/30-8/31; 11/13-11/15 | Durham, North Carolina | Teaching | Travel, lodging, food, and entertainment |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V | 05/09/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Keogh Account - Bank of Oklahoma | | | | | | | | | |
| 1A AP Cash Management | D | Interest | M | T | | | | | |
| 1B PIMCO Total Return | E | Int./Div. | M | T | | | | | |
| 1C Legg Mason Value Trust | A | Int./Div. | N | T | Part. redemp | 1/7 | K | | |
| 1D Vanguard Mid-cap Index Income | D | Int./Div. | M | T | | | | | |
| 1E Vanguard Target Retirement Income | D | Int./Div. | M | T | | | | | |
| 1F Vanguard Target Retirement 2015 | E | Int./Div. | M | T | | | | | |
| 1G DLA Piper Balanced | A | Int./Div. | N | T | Part. redemp | 1/7 | L | | |
| 2. T. Rowe Price Prime Reserve | A | Interest | J | T | | | | | |
| 3. Ray Road Assoc. (Tax shelter) | A | Rent | | | (See Comment 5, Part VIII) | | | | |
| 4. P&M Investors 1985 (Tax shelter) | D | Rent | | | (See Comment 5, Part VIII) | | | | |
| 5. P&M Investors 1984 (Tax shelter) | A | Rent | | | (See Comment 5, Part VIII) | | | | |
| 6. Merck Corp. Stock | A | Dividend | J | T | | | | | |
| 7. T. Rowe Price Spectrum Growth | C | Dividend | K | T | | | | | |
| 8. Timken Co. Stock | A | Dividend | J | T | | | | | |
| 9. Northwestern Mut. "Inforce CompLife"875 | C | Dividend | L | T | | | | | |
| 10. Northwestern Mut. "Inforce CompLife"939 | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 11. Mass. Mut. whole life insurance policy | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | HI =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V | 05/09/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part II.   DLA Piper Profit Sharing and 401(k) Savings Plan, Bank of Oklahoma, Tulsa, Oklahoma --

   Retirement account remains in plan of DLA Piper (former law firm), managed by Bank of Oklahoma. Other than selecting funds in which to place retirement monies, I have no decision-making authority in investments.

2. Part II.   1984, now with LexisNexis Matthew Bender, Albany, New York --

   Royalty agreement with co-authors Linda M. Schuett, John Lynch, Richard Bourne on sale of book.

3. Part II.   2006, ISI Books, Wilmington, Delaware --

   Royalty agreement on sale of book.

4. Part II.   Duke University, Durham, North Carolina --

   Paid to teach appellate advocacy course.

5. Part VII.   These tax shelters are believed to have economic value, but their value cannot be known until the properties are sold.

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V | 05/09/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544